IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. COOK, | ) No. C 12-06265 EJD (PR) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| MATTHEW CATE, et al., | ) |
| Defendants. | ) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983. On February 27, 2013, the Court dismissed the complaint with leave to amend. (See Docket No. 4.) The Court advised Plaintiff that if he failed to file an amended complaint within twenty-eight days from the date the order was filed, *i.e.*, no later than March 27, 2013, the Court would dismiss this action without prejudice. (See id. at 4.)

The deadline has since passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is DISMISSED without prejudice.

DATED: 4/10/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.12\06265Cook_dism.wpd          1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


TIMOTHY COOK,

        Plaintiff,

  v.

MATHEW CATE, et al.,

        Defendants.

                                              /

Case Number: CV12-06265 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/10/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Timothy J. Cook E40919
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532


Dated: 4/10/2013

                                          Richard W. Wieking, Clerk
                                       /s/By: Elizabeth Garcia, Deputy Clerk